MY COPIES

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of **CONN.**

_____ Division

**SOLOMON MAYE**

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**CITY OF NEW HAVEN, N.H.P.D.
DETECTIVES CARR, FOLCH AND
SOTO.**

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **3:21cv40 (AVC)**

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

**42 U.S.C. §1983.
COMPLAINT**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12-16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)    "PRO SE!"

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        Solomon Maye
Address      141 Sheldon Terrace
             New Haven    CT.    06511
             City         State        Zip Code

County
Telephone Number
E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name         City of New Haven
Job or Title (if known)   City Charter
Address      165 Church Street
             New Haven, CT.    06510
             City         State        Zip Code

County
Telephone Number
E-Mail Address (if known)

☒ Individual capacity    ☒ Official capacity

Defendant No. 2
Name         Carr #552
Job or Title (if known)   N.H.P.D. Detective
Address      One Union Avenue
             New Haven    CT.    06519
             City         State        Zip Code

County
Telephone Number
E-Mail Address (if known)

☒ Individual capacity    ☒ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Address

FOLCH ~~553~~ #516

N.H.P.D. DETECTIVE

ONE UNION AVENUE

NEW HAVEN, CT. 06519

*City          State          Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

■ Individual capacity    ■ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

SOTO #553

N.H.P.D. DETECTIVE

ONE UNION AVENUE

NEW HAVEN, CT. 06519

*City          State          Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

■ Individual capacity    ■ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THE 4TH AND 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

→ *SEE: ATTACHED SOLDAL CASE RULING.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

X  Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

LOCAL POLICE "ACT UNDER CO LOR OF STATE LAW." SEE: MONROE 365 U.S. AT 172-187.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

SEE: ATTACHED "FACTS."

B.    What date and approximate time did the events giving rise to your claim(s) occur?

SEE: ATTACHED "FACTS."

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE: ATTACHED "FACTS."

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE: (DETAILED) "DECLARATION"
OF SOLOMON MAYE. MENTAL AND
EMOTIONAL DISTRESS, "PAIN", BROKEN
(OR) STOLEN "PROPERTY" FROM ILLEGAL
EVICTIONS AS DESCRIBED. LOSS OF
BUSINESS, ETC.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(A) COMPENSATORY DAMAGES, ($200,000), FROM EACH
DEFENDANT SEPERATELY, IN THEIR "IND-
IVIDUAL" (AND) "OFFICIAL" CAPACITIES.

(B) PUNITIVE DAMAGES, ($200,000), FROM EACH
DEFENDANT SEPERATELY, IN THEIR
"INDIVIDUAL" CAPACITIES.

(C) ORDER DEFENDANTS TO ALLOW PLAINTIFF
BACK IN BUILDING, (UNTIL) "EVICTED".
C.G.S. § 47a-42a.

✱ Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1/3/2021    "PRO SE"

Signature of Plaintiff

Printed Name of Plaintiff    Solomon Maye

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    # 203 415 6812

E-mail Address

Page 6 of 6

# * FACTS *

1. SEE: (DETAILED) "DECLARATION" of SOLOMON MAYE ATTACHED.

2. N.H.P.D. DEFENDANTS: CARR, FOLCH AND SOTO, ON 9/4/20, THREATENED ME WITH (ARREST) IF I DID NOT LEAVE MY BUSINESS.

3. ALL DEFENDANTS HELPED DeVONNE CANADY TO DO HER SELF HELP EVICTION. SHOWED NO ONE A "EVICTION ORDER."

4. ALL DEFENDANTS (KNEW) THE EVICTION WAS ILLEGAL, AS THERE WAS NO "JUDGE-MENT" PER C.E.S. § 47a — 42a (a).

5. ALL DEFENDANTS USED THE "AUTHORITY" of A CITY POLICE TO DO THE EVICTION(S).
→ SEE: PLAINTIFF VIDEO EVIDENCE.

6. THE CLEAR ILLEGAL ACTIONS of DEFENDANTS SHOW THEY HAD NONE, OR NEED, MORE "TRAINING" ON CONN. EVICTIONS LAWS.

# * FACTS *

## LEGAL CLAIMS

(7) ILLEGAL EVICTION.

DeVONNE CANADY CALLED THE DEFENDANTS TO ASSIST IN A "SELF HELP" ILLEGAL EVICTION. ALL DEFENDANTS (KNEW) THE EVICTION WAS (ILLEGAL), AS NO JUDGMENT ENTERED AS STATED IN C.G.S. § 47a — 42 a (a). ALL DEFENDANTS, ACTING "UNDER COLOR of STATE LAW", VIOLATED THE 4TH AND 14TH AMENDMENTS of THE UNITED STATES CONSTITUTION, AND ARE LIABLE UNDER 42 U.S.C. § 1983. . . .

(8) CITY LIABLE.

SEE THE FACTS PARAGRAPHS #1 TO #6, THE CITY (FAILED) to "TRAIN" THE N.H.P.D. DEFENDANTS, THUS VIOLATIONS IN FACTS PARAGRAPH #7. THE CITY of NEW HAVEN CAN BE HELD "LIABLE" FOR FAILURE TO TRAIN IN CONN. EVICTION PROCESS. SEE: CANTON 489 U.S. AT 390 (1989).

Laws & Legal Resources.

# Soldal v. Cook County, 506 U.S. 56 (1992)

**Syllabus**    Case

OCTOBER TERM, 1992

Syllabus

SOLDAL ET UX. *v.* COOK COUNTY, ILLINOIS, ET AL.

CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

No. 91-6516. Argued October 5, 1992-Decided December 8,1992

While eviction proceedings were pending, Terrace Properties and its manager, Margaret Hale, forcibly evicted petitioners, the Soldal family, and their mobile home from a Terrace Properties' mobile home park. At Hale's request, Cook County, Illinois, Sheriff's Department deputies were present at the eviction. Although they knew that there was no eviction order and that Terrace Properties' actions were illegal, the deputies refused to take Mr. Soldal's complaint for criminal trespass or otherwise interfere with the eviction. Subsequently, the state judge assigned to the pending eviction proceedings ruled that the eviction had been unauthorized, and the trailer, badly damaged during the eviction, was