U.S. DISTRICT COURT

DISTRICT OF CONN.

Solomon MAYE

VS.

CITY of NEW HAVEN,
ET. AL.

DOCKET #

3:21CV40 (AWC)

1/3/2021

DECLARATION OF

Solomon MAYE.

"PRO SE", PLAINTIFF, Solomon MAYE

DOES HEREBY UNDER OATH,

DECLARE THE FOLLOWING:

*(2)* DECLARATION

On July 24,2020 Solomon Maye was in his place of business (Get'Em Boy Boxing LLC) located on 746 Orchard St. New Haven Ct. 05611 that I sub-lease from Elephant In The Room Boxing/Devonne Canady since 2016. Get'Em Boy Boxing is a business that does personal boxing training for adults and youth boxing. On this day I was inside the property training the afterschool boxing program that I run everyday 4pm-6pm. on or about 5pm I saw Devonne and her friend (unknown name) enter the building and watched me train the kids. About 15min later I observed a parent coming to the door and I saw Devonne go to the door and obstructed parent from coming in. I immediately walked over and asked what was the problem and devonne said to me that she is not allowing anyone to enter the building because her and I need to have a conversation. I told her she would have to wait until I finished training the kids. When all the kids left she approached me with a piece of paper with EIR letter head and told me to read it.  *Read said letter, the letter said that shge was closing the gym down because she said that it was bought to her attention that the covid safety protocals were not being met, the letter furthermore referenced a text message that I had sent her the previous Sunday expressing my displeasure about how she just got a 30g grant to open the building for covid relief and how not a dime came through to the gym I had also informed her of previous grants that the gym was awarded that never funded the gym. In said letter Devonne writes "furthermore we are in receipt of your text message that we do not care to address. The letter goes on to say "it is apparent that our relationship has run its course. After consulting with our board of directors, we have decided to terminate our relationship with you and Get'Em Boy Boxing" I informed her that if she wanted to close down EIR she is well within her right to close EIR for covid precautions. However, its not a city mandated shutdown so I am not obligated to close my business down. I told her that if she wanted me out she would have to go through the court system and serve me with a court order.*

*Devonne disagreed and kept threatening me with police, she said she would get me out by calling her family, she even threatened me with a 20 pound dumd bell in which my wife had to step between her. I called the police to let them know that I am a sub leaser. When police arrived officer Justiano Nieves and officer Trent Dillon on arrival I approached them and told them that I was a sub leaser of the property I proceeded to show officers all of my equipment, my client applications and my pictures on the wall just to show officers proof that I haven of possession of the property. After that, officers went on to talk to Devvone and she proceeded to tell officers that she was closing the building for covid reasons and that I was a sub leaser that she wants out of the building. Officer Dillon came to me and said that she since she is the owner of the building and that means she has the right to tell you to leave and if you don't leave you would be arrested for trespassing and disorderly conduct. I told officers to call supervisors so he can explain to them that they had no authority/jurisdiction to make me leave lawfully. Officer Dillon denied me that right, I asked officer Nieves to call his supervisor and told me he did and that he was doing what his supervisor ordered. To prevent further intimidation from officers I left without incident. Officer Dillon told me before I left that if I come back I would be arrested for burglery.*

*One july 25,2020 on or about 7am I arrived to 746 orchard street where my business is located. Once I arrived the gate had a new lock and the door to the building had new locks on. I called police to be dispatched to 746 orchard st. The 2 officers that arrived on scene were detective Soto and officer Ameer (last name unknown) Officer Soto allowed me to cut the locks on the gate and enter the building. Detective Soto told me that what the landlord Devonne did locking me out was illegal, and also asked me for her number so that he can call her, he returned 30 minutes later and informed me that he had contacted Devonne and informed her that she was breaking*

S.M

✗ ③ ✗  DECLARATION

the law and if she does it again she will be charged and that she immediately has to give me the keys. No further incident..

On or about the day of August 12,2020 I was opening up the front door of my business and I noticed a piece of paper sticking out of the door. When I pulled the paper from the door I saw that it was a notice to quit possession to Solomon Maye and Get'Em Boy **Boxing LLC** from EIR URBAN YOUTH BOXING,INC. and DEVONNE CANADY for non payment of rent and or lasp of time and that I have to leave the building by August 31, 2020.. I immediately text devonne and let her know that I was in receipt of her notice to quit possession and that I had no intentions of leaving on the date that the notice to quit says. Furthermore, that I would continue running my business as usual until a court tells me different. I also informed her that on july 24 she told me that she was closing the building for covid 19 issues now all of a sudden its because of non payment of rent... which is also inaccurate our rent agreement was that if I train the youth for EIR from 4pm-6pm that I would be able to occupy the whole property with my business Get'Em Boy Boxing from 5am-9pm Monday -Friday and Saturday -Sunday 5am-10pm until her/EIR lease runs out with the business owner in July of 2021.

On or about the day of September 4,2021 plaintiff Solomon Maye was in the property of 746 orchard St attending to 5 clients when I observed an all white unmarked car pull up and 3 three plain clothes officers walked in the door (later I found out officers were detectives) Det. Soto 553, Det. Carr 552, Det. Folch when detectives came in and approached me in a very aggressive manner asking me what was I doing in here, detective Carr started to question my clients telling them that if they don't leave that they will be arrested they asked my clients "did you know that you paid a squatter to train you". Detective Soto then approached me saying that he made a mistake on September 4, 2020 when he came and told me that the landlord was unlawful locking me out. Detective Carr, Soto, Folch aggressively approached me demanding that I should of I would be arrested. I explained to the detectives that the landlord and I already have a case number (20-25322 and that this is a civil matter and that they have no jurisdiction in this matter. Detective Carr and Soto keep telling me that I need to pack some of my things and go or be arrested. I then asked Carr and Soto do they have a court order or a health code violation or even a warrant, detective Carr replied that they don't need any paper work because they have the landlords permission. Feeling over matched and bullied by officers I stood down and left without further incident. Detectives allowed landlord to change the gate locks and door locks.

I (DECLARE) UNDER "PENALTY" OF 28 U.S.C. § 1746, THAT THE ABOVE TRUE AND CORRECT TO MY BEST KNOWLEDGE.

1/3/21

Solomon MAYE